UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.:  8:13-cr-324-T-30TGW

VIVIANA REYES

### FORFEITURE MONEY JUDGMENT

Before the Court is the United States motion (Doc. 204) for a forfeiture money judgment against defendant Viviana Reyes, pursuant to 18 U.S.C. § 982(a)(2) and Rule 32.2, Federal Rules of Criminal Procedure, in the amount of $725,267.44, which represents the amount of proceeds she obtained as a result of the conspiracies to commit access device fraud, in violation of 18 U.S.C. § 1029(b)(2), and bank fraud, in violation of 18 U.S.C. § 1349, as charged in Counts One and Two of the Third Superseding Indictment.

Being fully advised in the premises, the Court hereby finds that the United States has established that the amount of proceeds generated by the conspiracies to commit access device fraud and bank fraud, for which the defendant has been convicted in Counts One and Two of the Third Superseding Indictment, is $725,267.44.  Accordingly, it is hereby

**ORDERED** that for good cause shown, the motion (Doc. 204) of the United States is GRANTED.

It is FURTHER **ORDERED** that pursuant to the provisions of 18 U.S.C. § 982(a)(2) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, defendant Viviana Reyes is jointly and severally liable with her co-conspirators, Danay Crespo-Rodriguez, Norma Cabezas-Hernandez and others convicted of the same offenses for a forfeiture money judgment in the amount of $725,267.44.

In accordance with Rule 32.2(b)(4), Federal Rules of Criminal Procedure, this order of forfeiture will be final as to the defendant at sentencing.

The Court retains jurisdiction to enter any further order necessary for the forfeiture and disposition of any property belonging to the defendant, which the United States is entitled to seek as substitute assets under 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), up to and including the amount of the $725,267.44 forfeiture money judgment, and to address any third party claim that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida, on April 29, 2014.

_JAMES S. MOODY, JR._
_signature_
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies to:</u>
All Counsel/Parties of Record

S:\Even\2013\13-cr-324 FORFEIT 204.docx